UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:25-cv-03468-RGK (SK)                          Date: January 29, 2026

Title    Adonis Sacerio-Subirat v. Merick Garland et al.

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Petitioner:          Attorneys Present for Respondent:

None present                              None present

**Proceedings:**       (IN CHAMBERS) **ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED AS MOOT**

On December 8, 2025, petitioner Adonis Sacerio-Subirat filed a habeas petition under 28 U.S.C. § 2241 challenging his prolonged detention at Adelanto Immigration and Customs Enforcement Processing Center pending his final removal.  (ECF 1).  The court ordered respondents to answer the petition.  (ECF 4).  Respondents have indicated the petition is now moot because petitioner was removed from the United States on January 19, 2026.  (ECF 9).

Because petitioner's release under these circumstances would moot his petition, *see Murphy v. Hunt*, 455 U.S. 478, 481 (1982), petitioner is ordered to show cause why the petition should not be dismissed as moot.  Petitioner may discharge this order by signing and returning the attached Form CV-09y within 14 days of the date of this order.  Failure to return that form on time as ordered or to otherwise timely respond in writing to this order may be deemed petitioner's consent to voluntary dismissal of the petition for the reasons set forth in this order, or it can lead to the immediate closing of this case with no further notice for lack of prosecution and noncompliance with court orders.  *See* Fed. R. Civ. P. 41(b); L.R. 41-1.

IT IS SO ORDERED.